UNITED STATES DISTRICT COURT

SOUTHERN DIVISION, ILLINOIS

Daniel Franklin
  Plaintiff,
  - vs -

Montgomery county Jail,
Kevin Knisley, Dave Stiege,
Jim Stite, Adam Fath,
Chris watson, complete
care recovery systems,
Dr. Vipen shah, megan
Tomey, Advanced
correctional health-
care, Nurse mary,
Tracy Hammitt,
Montgomery county
public defenders
office, Erin
Mattson, montgomery
county probation dept.,
John and Jane Doe
    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case NO. 18-CV-2028-NJR

Plaintiff demands
TRIAL BY JURY

COMPLAINT 42 USC 1983 (municiple / State prisoner)

1. Deliberate indifference to serious medical needs
2. Deliberate indifference to serious psychiatric needs.
3. Cruel and unusual punishment
4. Retaliation
5. Failure to protect
6. Denial of access to courts

page# 1

Jurisdiction:

A.   DANIEL FRANKLIN #N-17675
     Graham Correctional Center
     P.O. BOX 499 Hillsboro, IL. 62049

B. Defendant #1:
   Montgomery county sheriffs department/jail
        140 N. Main st. Hillsboro, IL. 62049

C. Defendant #2:
   Montgomery county public defenders office
        120 N. Main st. Hillsboro, IL. 62049

D. Defendant #3:
   Advanced correctional healthcare
   employed by: montgomery county jail
   Address: 140 N. Main st. Hillsboro, IL. 62049

E. Defendant #4:
   complete care recovery solutions healthcare
   employed by: montgomery county jail
   Address: 140 N. Main st. Hillsboro, IL. 62049

F. Defendant #5:
   Kevin Knisley
   employed by: montgomery county sheriffs dept.
   Position: Jail warden/Administrator
   Address: 140 N. Main st. Hillsboro, IL. 62049

   Defendant #6:
   Dave Stiege
   employed by: montgomery county sheriffs dept.
   Position: Jail guard
   Address: 140 N. Main st. Hillsboro, IL. 62049

g. Defendant #7:
   Jim Stitte
   employed by: Montgomery County Sheriffs dept.
   Position: Jail guard
   Address: 140 N. Main St. Hillsboro, Il. 62049

H. Defendant #8:
   Adam Fatti
   employed by: Montgomery County Sheriffs dept.
   Position: Jail guard
   Address: 140 N. Main St. Hillsboro, IL. 62049

I. Defendant #9:
   Chris Watson
   employed by: Montgomery County Sheriffs dept.
   Position: Jail guard
   Address: 140 N. Main St. Hillsboro, IL. 62049

J. Defendant #10:
   Dr. Vipen Shah
   employed by: Complete Care Recovery Solutions
   Position: Jail doctor/physician Montgomery Co. Jail
   Address: 140 N. Main St. Hillsboro, Il. 62049

K. Defendant #11:
   Megan Tomey
   employed by: Complete Care Recovery Solutions
   Position: Nursing assistant at Montgomery Co. Jail
   Address: 140 N. Main St. Hillsboro, Il. 62049

L. Defendant # 12:

   Mary ____?____

employed by: Advanced Correctional healthcare

Position: Nurse practioner at Montgomery Co. Jail

Address: 140 N. Main St. Hillsboro, IL. 62049

M. Defendant #13:

   Tracy Hammitt

employed by: Advanced Correctional healthcare

Position: Nurse at Montgomery Co. Jail

Address: 140 N. Main St. Hillsboro, IL. 62049

N. Defendant #14:

   Montgomery County Probation department

   Address: 120 N. Main St. Hillsboro, IL. 62049

O. Defendants # 15 & 16:

   Jane and John Doe

   employed by: Montgomery County Probation Dept.

   Address: 120 N. Main St. Hillsboro, IL. 62049

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☒Yes  ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.**

1.   Parties to previous lawsuits:
Plaintiff(s): DANIEL FRANKLIN

Defendant(s): #1. FRANKLIN V. Wexford  13-C-50293

#2. Franklin V. Dan Williams 17-CV-03122-JBM

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number: 13-C-50293
3:17-CV-03122-JBM

4.   Name of Judge to whom case was assigned:
Judge Michael MAHONY - 13-C-50293
Judge Joe Billy McBade - 17-CV-3122

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
Both monetary settlement agreements
in both cases

7.   Approximate date of filing lawsuit:

#1. → 2013
#2. → 2017

5.

8. Approximate date of disposition: #1. → 2015

#2. → 2017

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *No*

## III.    GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?                              ☒ Yes    ☐ No

C. If your answer is YES,
   1. What steps did you take?
   Filed repeated grievances stating I was being denied medical treatment for serious injuries while in custody of Montgomery County Jail and was suffering serious injuries and was being subjected to cruel and unusual punishment
   2. What was the result?
   repeatedly referred to individuals/medical that I was complaining about. No results and I was punished for filing complaints and grievances and threatened to stop me filing grievances

D. If your answer is NO, explain why not.


E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                  ☐ Yes    ☐ No


F. If your answer is YES,
   1. What steps did you take?


   2. What was the result?

G.     If your answer is NO, explain why not.

H.     Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

grievances in complaint marked as exhibits 1 to 22

and all the grievances and complaints that I did file were responded to by Jail administror/warden Capt. Kevin Knisley #829 as can be seen in the exhibits marked 1 through 22

STATEMENT OF CLAIM

Place of occurrence: montgomery county Jail Hillsboro, IL. 62049

Date of occurance: June 7, 2018 continously through October 5th 2018

WITNESSES TO THE OCCURANCE:
State of Illinois Department of rehabilitation employees, 1. Orlean Alexander and 2. Maurice Walton.
3. State of Illinois Dept. of Human rights employee Jodi Russel
4. montgomery county Jail guard John Doe.

UNITED STATES DISTRICT COURT SOUTHERN DIVISION, ILLINOIS

~~case~~ 42 USC 1983 Complaint / STATEMENT OF CLAIM

1. On 6-7-18 I was taken into the custody of montgomery county Jail in Hillsboro, IL. for driving on revoked license. ~~From~~ At this present time and during my entire incarceration in montgomery county Jail #6-7-2018 through 10-5-2018 I suffered from serious illnesses and injuries of Parkinson's disease, Lewy body dementia, a Brain tumor, complex seizure disorder, WPW heart disease and a fractured spine. ~~XstopX~~ See exhibit __ 1 ~~__~~. From 6-7-2018 through 10-5-2018 I was denied medical and psychiatric treatment and care and (while in custody) ~~was~~ I also was denied (intentionally) urgently needed medical treatment and care resulting in permant disability, serious injury, severe prolong Pain and suffering and severe emotional distress. I was also "punished" for having these serious medical conditions and complaining about them and for that sole reason I was held in isolation from ~~6-21~~ 6-21-2017 to 10-5-2017 over 100 days under the pretense of "medical cell" EACH and everyday in severe physical pain and in severe emotional distress. Each and every person named in complaint knew montgomery county Jail was not staffed or equipped to treat and care for my multiple serious illness and they knew housing me there that there was a substantial risk of serious injury and harm and they disregarded that risk which resulted in me being seriously injured and they were acting under the color of law and deliberately indifferent to my serious medical needs.

8

COMPLICATIONS

From 6-7-18 through 6-19-18 Dr. Vipen Shah, Nurse Megan Tome and Kevin Knisley all knew that I needed physical therapy and vital medications for my multiple serious illnesses including but not limited to vitial seizure, heart and blood pressure medicine Dilantin, Lisinopril and metoprolol also Parkinsons disease and Lewy body dementia medications of Sinemet, Effexor, Trodon and clonazepam, Between 6-7-18 and 6-19-18 I was pleading for my (these) prescribed medications and was not given any of them even though all the above stated individuals knew I needed them to prevent disability, serious injury or death.

On 6-11-18, 6-13-18 and 6-17-18 I had multiple seizures and falls repeatedly seriously re-injuring a already fractured back and it was clear I was in (urgent) need of (medications and) urgent and immediate medical treatment and care and on each of those dates Kevin Knisley and Dave Stiege responded and I told them I was extremely sick and had co Severe physical pain in my back that it was seriously surgert fractured or worse again and that I needed a doctor and medications. Both Kevin Knisley and Dave Stiege told me to put in a sick call slip, that the Nurse and doctor only come in every week or two and left me to suffer in pain and agony. I repeatedly begged for urgent and immediately needed medical care, medications even a wheelchair from 6-7-18 to 6-19-18 and was not provided anything until 6-19-18.

On 6-19-18 I was seen by "Nurse" Megan Tomey who explained to me she was just a assistant and there was nothing she could do for me, she told me I'd have to wait till the doctor came in and she did not know when that would be. I told her that I was losing my ability to walk and in great pain from not receiving physical therapy for Parkinson's disease and that I was in severe pain with newly fractured back and ask her to send me to emergency room for treatment and medications and she said "No, you'll just have to wait for the doctor to come in" and sent me back to my cell to suffer even after I had waited over 8 straight days to see her. A jail guard provided me a walker and shower chair later that day when he seen I couldn't walk. "Nurse" Megan Tomey refused to help me in anyway. (See exhibit 1a)

On 6-25-18 I fell and suffered a major concussion busted my head open, had a huge knot, was nauseated, vomiting, dizzy, confused, disorientated and Warden Kevin Knisley responded to emergency button and called on call jail doctor Dr. Vipen Shah who refused to come in and treat this serious head injury. Knisley gave me a couple aspirines and a ice pack and told guards to look in on me every 30 min. "medical watch" which is only them making their rounds like they do anyhow. See exhibit 2

10

Days later when I did finally see Dr. vipen shah and told him of my seriously re-injured back, my Head injury, heart out-of-control seizures, my chest pains and abnormal heart beats, and severe pain in head and back he said "you got some serious problems you will have to see if your family can get you out" "get it fixed when you get out" and sent me back to my cell to suffer without any physical examination at all (X STOP See exhibit 3 grievance to Kevin Kriesly where he responded on back of grievance "it's up to medical proffessional to handle your treatment" etc...) and had the nurse to schedule me to be seen by the same incompetent Doctor, Dr. vipen shah the jail doctor, even though he knew Dr. shah was not providing me any treatment and care at all. I personally begged Kevin Krisley to take me to Hillsboro, IL. emergency room for urgently needed treatment and medical care and he refused, due to cost and inconvience and left me to be neglected and suffering.

Prior to being taken into custody of M.C.J. on 6-7-18 I was being treated and seen by a neurologist to prevent my seizure disorder getting out of control and a cardiologits to prepare me for heart surgury and to prevent my heart disease from deteriorating. (and to prevent a heart attack) weeks prior I begged jail warden and Dr. shah to make arrangements to get me to these appointments on 6-21-18 and 6-27-18 stop see exhibits 4 and 5 X due to cost and inconvience

11

Kevin Knisley and Dr. Vipen Shah would not allow me
to be seen and treated by my neurologist or cardiologist
or any neurologist or cardiologist even though it was
very clear and apparent that I needed to be treated
by a neurologist and cardiologist, their refusal
to allow this resulted in my seizure disorder
getting out of control, permant and serious injury,
permant neurological and brain damage and they
allowed my heart disease to deteriorate causing
permant heart damage and a heart attack

I told Jail warden Kevin Knisley, Dr. Shah and
nurse Tomey and they were aware that prior to
being taken into custody and at the time of, I was
being provided physical therapy from 2 full-time
State of Illinois Department of Rehabilitation Home
Health Care Aides to prevent me from becoming
rigid, stiff and in pain from Parkinson's disease
and Lewy body dementia, they knew if I was not
provided physical therapy I would progressively
lose my ability to walk and be in increasing greater
body pains. From ~~2 days~~ 6-8-18 daily I repeatedly
begged ~~them~~ Knisley, Dr. Shaw and nurse Tomey, to
provide me with physical therapy and they all
denied it ~~was~~ due to cost and inconvience, I
went from walking to walker X (see exhibit 1)
to a wheelchair ~~~~~ in severe pain and
practically bed ridden STOP X (see exhibits 6, 7 and 8
and had to lay in my own ~~~~~ urine even with the

1 5

absorbant/diapers cause I couldn't get them on or off and was denied ↓ help.

Once again due to Montgomery county Jail, Kevin Kriesley, Dr. complete care recovery Solutions, Dr. Vipen Shah and nurse Megan Tomey's not wanting to bear the cost and inconvience of providing me the needed treatment, care and physical therapy Classes for Parkinson's disease, Lewy body dementia combined with flat out refusal to treat serious back injury I was disabled, handicapped, and suffered for months terribly, and still suffering.

Between 6-11-18 and 6-23-18 I continued to have irregular heartbeats, chestpains, high blood pressure, seizures, falls which I pleaded with Dr. shaw and nurse Tomey to address (everything) and they refused, Nurse Tomey would call me to be seen and when I got there to medical room in the jail she would JUST as# tell me I been put in to see doctor when he comes and she would do absolutely nothing more even after me telling her I was in Serious pain, and in medical distress from chest pains, seizures, falls injuries etc... On 8-23-18 I had a seizure fell and seriously injured/fractured my elbow and ask officer Adam Fath to get me emergency medical care that I was in extreme pain and that it felt like I broke my elbow when having the seizure, he just walked away and said put in a sickcall slip which I did daily and verbally asking all jail guards to get me medical treatment and

13

they just ignored me then on 8-30-18 and 8-31-18 I put in grievances asking for emergency medical care (X STOP X see exhibits 9 and 10 response from Kevin Knisley stating "put in to be seen on 31st") and (inordinate 9 day) after v delay when Dr. shah did see me he said "I thought you were going to get your family to get you out" and said "your o.k. now" and sent me back to my cell without doing anything.

I had pleaded with my public defender Erin Mattson to let the judge know I was being seriously medically neglected and for her to try to get the judge to order the appropriate treatment and care for me or have me housed in a jail that had a infirmary or medical ward with medical professions on duty 7 days a week because my multiple serious illness and injuries required treatment and care 7 days a week and montgomery county jail had no infirmary or medical ward and their medical providers only came in for a few minutes every week or two. Due to Mattson having a extreme dislike for me because I critizied her performance as a attorney and because I would not take a plea deal, she (ms. mattson) had tried to force on me, she with wilful and wanton conduct took a adversarial

14

stance against me while representing me,
refusing to present meritorious and creditable
evidence that showed I was innocent, and she
refused to communicate with me by mail, in
person and would deny my calls and hang up, she
refused to present creditable and reliable evidence
that I was being grossly medically neglected and
suffering serious injury to the Judge at my
8-24-18 bond hearing, knowing her
failure to do so would result in a my bond motion
being denied. ms. mattson knew
I was suffering severe pain and injury from
medical neglect and wanted me to continue
to suffer until I would breakdown and
plead guilty, she told me "the only
way to get out of this jail and get the
medical treatment and care you need is
to plead guilty and go to I.D.O.C." Then she
would refuse to communicate with me about anything
(See grievances to and responses from Jail warden Kevin
kinisky exhibits 11 through 13 where I desperatly
try to get him to get ms. mattson to communicate with
me to defend me and to protect me from the
severe abuse and neglect and negligent medical
treatment I was suffering, mattson acts and
refusals to act resulted in me suffering serious
physical injury and prolong pain and suffering and

15

forced me to plead guilty under duress just
to get to I.D.O.C. and get urgently needed
medical, neurological, and psychiatric treatment
and care. My public defender also knew her acts and
failures to act were causing severe emotional distress
on me and triggering seizures and serious injury but
with wilful and wanton conduct she continued to
intentionally inflict emotional distress on me.

I also was denied access to the courts.
Montgomery County Jail and Montgomery County
Jail Warden Kevin Knisley had a policy where
indigent inmates were not provided postage,
Legal copies, law library, assistance or any
supplies for a indigent inmate to challenge his
conviction or conditions of confinement. I
was indigent and wanted to file a sec.1983
and turn to the Federal Court for a emergency
injunction to save me from the
deliberate indifference to my serious medical
needs and to save my health and life and
to complain about the conditions of my
confinement. Kevin Knisley would not provide
me with anything to do this. I couldn't
even get a envelope to communicate with the
circuit court or my public defender Erin
Mattson most of the time and she would not
take my calls or see me Erin

56

mattson also denied and impeded my
access to the courts. ~~attire~~. Several times
I became so stressed out about Kevin
Knisley and Erin mattson doing this ~~it~~
~~had practiced~~ The stress triggered grand
mal seizures and I seriously injured
myself. *STOP* ↓ See exhibit 18:8 where Kevin
Knisley responds to my grievance about
this saying, "mr. Franklin has been informed
of policy and procedure etc.". it was not
resolved, he simply told me their rules
was not to provide envlopes or supplies they
had to be purchased off Commensary. I
told him I had no money, he told me
to ask my family for money and walked
away. I had no civil attorney and was denied access.
    Throughout the month of August 2018, 8-12-18
8-22-18, 8-23-18, 8-29-18, 8-30-18  I continued seizures,
to suffer serious chest pains, stage II high blood pressure, and
falls injuring myself etc... and when guards Fath, Stitte
watson and Stiege would respond knowing I needed
immediate medical care and treatment they would
tell me to put in a sick call slip and that the
doctor would come in later in the week mabey,
~~and ~~ when he did he would do nothing, I then
put in another Complaint to Jail warden Knisley
and the response to this grievance was

17

"a new medical company "ACH" starts on 9-1-18 and will assist you with your medical needs." (See exhibit 19)

On 9-1-18 while sitting in my wheel-chair at the door I seen new medical provider Nurse Mary walking by my cell. I hollered and stopped her and told her that I was having serious chest pains weekly, stage II dangerously high blood pressures weekly, multiple seizures and falls weekly and that I had a seriously injured elbow and back that had me in extreme pain and on top of all that I had some kind of abcess or Tumor inside my jaw cheek and throat that was causing severe pain and making it very difficult and painful to eat and swallow. She said she would look into everything and see me the next day. Nurse Mary lied and day after day went by with me not receiving any medical treatment or care at all and suffering extreme pain from 9-1-18 to 9-17-18 and I put in yet another grievance (X stop See exhibit 20 where Knisley simply states "referred to medical") On the Sept. 18th I did finally see Nurse Mary and as soon as the guard rolled me into the medical interview

18

Room Nurse Mary said "I only take 3 medical complaints per visit that's it" I explained to her I had Parkinson's disease, Lewy body dementia, a brain Tumor, complex seizure disorder, WPW heart disease (a bad heart) high blood pressure, a hernia, a newly injured and fractured back and elbow 9 issues, 7 of them cronic and progressive. She said "I know this" "So pick the 3 problems you want me to address" I told her there were at least 5 minimum serious health and injuries I need immediately address ~~your going to be~~ and serious psychiatric problems, she said "if your going to be argumentive ~~can~~ I'll just have you taken back to your cell, now pick 3" I told her my fractured back, she said "Oh that happened before you got here, next" I told her it (I needed treatment and) happened here and said physical therapy to save me from being permantly crippled, she said "they would not provide that due to cost and inconvience", I told her my heart and seizures, she said nothing and had me sent back to my cell, I pleaded with her to address the mouth/Inside Jaw Tumor and she had the officer

bring me a few cap fulls of medicated mouthwash, and did absolutely nothing to treat or care for all my other medical issues or injuries. ~~Then again medicine~~ ~~again~~ The medical neglect and pain had got so bad and the fact that nobody was doing anything to save me and in fear for my life I said I would plea guilty (even though I was innocent and did not want to) just so that I could try to get out of this jail and get the urgently and proper medical treatment I needed for my illnesses and injuries and because ↑I feared for my life. ("I was tired of suffering" and) see 20 & # 21

Another reason why is because I was being punished severely for ~~them~~ having medical issues and ~~too~~ saying and writing complaints and grievances about them not providing me proper treatment and care. I was placed in Isolation under the false pretense of medical watch when the true reason was retaliation and punishment on 6-21-18 to 10-9-18 approximately 137 days of complete isolation, no contact or interaction with any inmates the only time I was taken out of my isolation

10

Cell was the few times for court, it was pure torture (see exhibit # 22

I suffer from Lewy body dementia which is a neurological/physical ~~incurable~~ disease with profound psychiatric symptoms and deficits which require psychiatric and neurological treatment, ~~and~~ care and medications. I was suffering profound effects of this disease, severe anxiety attacks, hallucinations, depression etc. the entire time in custody in Montgomery County Jail and Kevin Knisley, Dr. Vipen Shah, Nurse Megan Tomey, Nurse Mary ~~———~~, and Nurse Tracy Hammitt all flat out refused to provide me any neurological or psychiatric care at all and denied me the proper prescribed medications I take for this disease all because of cost and ~~(Knisley denied my request ~~~~~~~~~~~~~~~~~~~~)~~ inconvience. Resulting in serious physical injury and extreme and severe emotional distress for months. (see exhibit 22 ~~~~~~) Then to make matters even worse I had seizures and fell out my bunk a few times seriously injuring myself and ask all above individuals to provide me a hospital safety bed with safety rails on it to protect me from injury and all of them said no it's too expensive and they

Order me to put my mat on the concrete
floor which was never cleaned and daily
I was bitten and tortured by ants, bugs
and dust mites it was a living hell, pure
torture and agony daily. Jail guard
Dave Stiege was the guard who passed
out brooms and cleaning supplies ~~to~~ every-
day and I would beg him to come in so
my ~~red~~ cell could be cleaned and he
would just walk by and laugh at me.
~~Kevin~~ ~~~~ ~~~~ ~~~~ ~~~~ ~~~~
video recording cameras in my cell
will also confirm all that I have
stated in this complaint including my
cell not being cleaned one single time in
4 months I was in there, it was infested
(I was)
with dust mites & being tortured daily.

On 10-4-18 my public defender came to
jail to see me and to force guilty plea on
me and I pleaded with her to make a way so
that I could get urgently and immediately
needed medical treatment and care and she
once again maliciously told me the only way
your going to get proper medical care is to
plead guilty and go to Illinois Dept. of Corrections
and said she would even write them a memo

22.

x stop x See exhibit 23 _____ (10-4-18 memo to warden Foster) I Broke down and agreed to plead guilty in fear for my health, safety and life and then told her the Illinois Guardianship and Human rights commission had sent faxed her a release for me to sign and send back so they could start a investigation into the medical abuse and neglect I was suffering in montgomery county Jail x stop x See exhibit 24 _____ ms. mattson tried to withhold it from me and I told her I Just got off the phone with the human rights coordinator and ms. mattson then produced it and gave it to me. My (Scheduled) Court date was not until the next day 10-5-14 but due to I told her I could not endure the pain and suffering one more day and her fear of the human rights investigation and her (ms. mattsons) fear that they might come to my rescue and I'd knot plead guilty she (ms mattson) had me immediately brought to court to do the plea deal. She did not want to chance waiting until my scheduled 10-5-14 court date the next day. Prior to being taken over to the courtroom I took precautionary measures and wrote a affidavit see exhibit #25 (affidavit stamped minutes before plea)

23   By ms. mattson secratary who is also a notary

Stating "I was getting ready to plead guilty under duress of fear for my safety, health and life and not because I was guilty or wanted to but because I was being medically abused and neglected and couldn't take the pain and suffering any more, [and was in immediate need of medical care] & also I told [25] guards, inmates and ~~boss~~ called human rights commission and told them I was being forced to plead guilty under duress, and told them all this right before I was taken to court to do the plea on 10-4-18. & my public defender Erin Mattson also took action to assure I would not be released on electronic monitoring ~~also~~ where I could get the proper treatment and care I urgently needed, she wanted me to be in pain and suffering to induce me to plead guilty. On 10-4-18 under duress I did plead guilty and was transported to I.D.O.C. Graham C.C. on 10-5-18 and was immediately taken to medical ward and evaluated and assessed by medical and it was determined I did in fact need immediate medical attention and care and ~~was placed to be~~ was placed in medical ward under ~~XXXX~~ medical treatment and care due to my serious illnesses and injuries, and then immidiately filed motion to withdraw * see exhibit 26 26. Additionally I was not placed

in medical because Ms Mattson or I requested
to be placed there in The Exhibit 22 (the 10-24-18
Memo to I.D.O.C. requesting I be placed there) I
was admitted into the medical ward on 10-5-18
after examination and assessment by doctors
and it was determined and found that my
illnesses and injuries had gone been neglected
and gone untreated and I was in fact
in need of immediate medical treatment
and care for my serious illnesses and injuries.
Graham correctional medical dept. has very
high and strict criteria for a inmate to be
admitted into the medical ward, you can
not be admitted just because someone request
it or because you want to be, you have to be
suffering serious effects from a illness or serious
injury. In closing, months prior to guilty plea
on 8-24-2018 Judge Roberts indicated he would release
me on electronic ankle braclet home detention and
my public defender Erin Mattson maliciously and
with wilful and wanton conduct conspired with
montgomery county probation dept. Jane and
John Doe to assure this would not be coordinated
or facilitated and did this to assure I would
stay incarcerated continuing to suffer
serious injuries and serious prolong pain

25

and suffering so that I would breakdown and plead guilty when I was innocent and did not want to plead guilty.

I suffered Several injuries from 8-24-18 to 10-4-18 which could have been avoided if I had been released on electronic detention where I could have got the proper treatment and care. Exhibits 8 through 22 Substantiates 8-24-18 to 10-5-18 injuries, pain and suffering

26

**9.** A inmate is at the mercy of his keepers and when a inmate suffers a serious illness, disease or injury that causes or will cause sickness, disability handicap, pain and suffering or further injury and there is a treatment or medication that can prevent and/or cure the sickness or remedy the disability or injury and stop the pain and suffering and that inmate can not pursue or aquire that treatment or medication on his own because of incarceration, then it is the legal, moral and ethical duty of his keepers, the prison or jail to assure and promptly provide that treatment or medication regardless to cost and inconvenience. Denial, failure or delay of providing that treatment or medication because of cost and inconvenience that results in disability, handicap, further injury and pain and suffering of a inmate and leaving ~~that~~ that ~~every~~ inmate to remain ~~in~~ ~~custody~~ that way in custody, handicapped, in physical pain and agony day after day continuing to not provide proper treatment due to cost and inconvience is ~~malicious~~, deliberate indifference to serious medical needs and rises to the level of cruel and unusual punishment which is exactly what happened to defendant/inmate Daniel Franklin.

## V.     REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

a. monetary damages
b. Punitive damages
c. Compensatory damages
d. Such other relief this
   court deems appropriate

## VI.    JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed      10-19-18                        _____
on:              (date)                       Signature of Plaintiff

P.O. Box 499                                 Daniel Franklin
      Street Address                              Printed Name

Hillsboro, IL. 62049                         N-17675
      City, State, Zip                        Prisoner Register Number


_____
Signature of Attorney (if any)

Rev. 7/20/18                    28
                               2-8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT ILLINOIS

It is suggested that
the Judge, fact finder, or
person reviewing this
complaint, Immedittely go
to Page Number #29 which
starts the beginning of the
PLAintiff's Exhibits↓ and (SEPERATE Exhibits)
review each exhibit as it
is pointed out in the body
of the Complaint. ~~these~~ These
exhibits are grievances ~~which~~ were
responded to and signed by montgamery
county Jail administrator captain Kevin
Knisley #829 and the subtantiate claims
in this complaint.

Page-O-

Page 29

PLAintiff'S

EXHiBiTS 1ᵗʰ Through 25

~~grieved~~ grievances and other documents
which support ~~motion to withdraw of plea~~ Sec. U.S.C. 1983 complaint.

All supporting grievances were responded to and
signed by Jail Warden CAPt. Kevin Knisley #829

10-4-18 Affidavit (EXhibit # 25) which
omitted ↓
was notorized by public defender Erin mattsons
secratary minuets before Judge entered the
courtroom for plea deal which undisputably
proves plea was not willing or voluntary is
not included until discussion and review by
newly appointed counsel. ~~illegible~~
~~illegible~~
~~illegible~~ D.F.

Danel Franin
DANIEL FRANKLin

pg. 29

- Not-Taking/PRN Propranolol HCl : 40 MG 1 tablet Orally Twice a day,30 day(s) ,60 ,Refills: 2
- Not-Taking/PRN Ranitidine HCl : 150 MG 1 tablet Orally Twice a day,30 day(s) ,60 ,Refills: 1
- Not-Taking/PRN Wheelchair : 150mg as directed external 1 time daily,90 days ,1 ,Refills: 0
- Not-Taking/PRN Amantadine HCl : 100 MG 1 tablet Orally 1 at bedtime,30 days ,30 ,Refills: 0
- Not-Taking/PRN Hydrocodone-Acetaminophen : 7.5-325 MG 1 tablet Orally 1 or 2 times daily prn severe pain,07 days ,14 ,Refills: 0
- Not-Taking/PRN Diclofenac Sodium : 75 MG 1 tablet Orally Twice a day,30 days ,60 ,Refills: 1
- Not-Taking/PRN Methocarbamol : 750 MG 1 tablet Orally 1 at evening,30 days ,30 ,Refills: 1

Notes:
will write a letter for movement so that the patient may take advantage of Planet fittness movement activities

## Tests Ordered/Performed Today

### Imaging Studies and Other Tests
- X ray : Spines, lumbar complete on 10/31/2017

## Other Medical Conditions (Problem List)

- 332.0    Parkinsons disease
- 331.82   Lewy body dementia
- 345.40   Complex partial seizure
- 070.54   Hep C w/o coma, chronic
- 426.7    WPW syndrome
- 310.9    OBS (organic brain syndrome)
- 225.0    Benign brain tumor
- 530.81   GERD (gastroesophageal reflux disease)
- 724.2    Spine pain, lumbar
- 784.0    Chronic headaches
- 794.31   Abnormal EKG
- F29      Psychosis
- G20      Parkinsons disease

## Smoking Status

- current smoker

Summary of Today's Visit for - Franklin , Daniel  DOB:09/07/1963  Account No: 27210 MRN: 37110
**Central Counties Health Centers   2239 E Cook St   Springfield, IL 62703-1944   217-788-2300**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*



# Summary of Today's Visit
### Franklin , Daniel   DOB:09/07/1963
### Account No 27210  MRN 37110
### Gender:Male
### Race:White
### Ethnicity:Not Hispanic or Latino
### Preferred Language:English
### 10/31/2017 visit with Sheila Ayorinde, MD

## Reason for Visit
- F/u

## Vitals
- Wt 219 (lbs)
- Wt-kg 99.34 (kg)
- Ht 5 ft 7 in (in)
- Ht-cm 170.18 (cm)
- BMI 34.30 (Index)
- BP 159/104 (mm Hg)
- Temp 99.5 (F)
- HR 117 (/min)
- RR 18 (/min)
- Oxygen sat % 98 (%)

## Allergies
- N.K.D.A.

## Medication List
- Start Meloxicam : 15 MG 1 tablet Orally once a day,30 day(s) ,30 ,Refills: 1 , stop date: 12/30/2017

Other medications you are on
- Taking Dilantin : 100 MG 1 capsule Orally 2 cap every AM, 1 Cap at 2pm and 2 caps at 8pm
- Taking Colace : 100 MG 1 capsule as needed Orally twice a day
- Taking Metoprolol Tartrate : 75 MG 1 tablet with food Orally Twice a day
- Taking Effexor : 37.5 MG 1 tablet with food Orally once a day
- Taking Geodon : 40 MG 1 capsule with food Orally Twice a day
- Taking Robaxin-750 : 750 MG 1 tablet Orally every 4 hrs
- Taking Sinemet : 25-100 MG 1 tablet Orally Three times a day
- Not-Taking/PRN Effexor : 37.5 MG 1 tablet with food Orally once a day
- Not-Taking/PRN Prozac : 20 MG 1 capsule in the morning Orally once a day,30 days ,30 ,Refills: 2
- Not-Taking/PRN Trazodone HCl : 50 MG .5 tablet at bedtime as needed Orally .5 at bedtime,30 days ,15 ,Refills: 2
- Not-Taking/PRN Phenytoin Sodium Extended : 100 MG 3 capsule Orally 1time at bedtime,30 day(s) ,90 ,Refills: 3

Summary of Today's Visit for - Franklin , Daniel   DOB:09/07/1963  Account No: 27210  MRN: 37110
**Central Counties Health Centers   2239 E Cook St   Springfield, IL 62703-1944   217-788-2300**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

COPY EXHIBIT # P (a)

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin

Cellblock: _____   Cell: 6-19-18

**····INSTRUCTIONS····**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
   [X] Complaint about Treatment
   [ ] Disciplinary Board Appeal
          [ ] Request Special Visit
          [ ] Medical Co-Payment Grievance   [ ] Other _not getting_

I have Parkinsons disease, lewy body dementia, A brain tumor wpw heart disease, seizure disorder and not getting treatment for any

[ ] CLASSIFICATION SECTION:
   [ ] Request Trustee Status
   [ ] Request Reclassification
          [ ] Complaints Regarding Other Inmates
          [ ] Other: _____

[X] COURT LIAISON:   [ ] Request Information
   [ ] Release Date   [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
   [ ] Other _Need wheelchair for court in extreme pain dizzy stiff and can not hardly walk_

[ ] FACILITY PROGRAMS:   [ ] Request Information
   [ ] Bible Study   [ ] Educational Classes
   [ ] Library Services   [ ] Other _____   [ ] Alcoholic Anonymous   [ ] Drug Counselling

[X] MEDICAL SECTION:   [ ] Request Information
   [ ] Sickness   [ ] Injury   [X] Medication   [ ] Dental Concern   [ ] Depression
   [ ] Other _desperltly need medications very sick haven't had them since 6-1-18_

[ ] OTHER CONCERNS:   [ ] Request Information
   [ ] Personal Property   [ ] Commissary
   [ ] Shift Supervisor   [ ] Other _____   [ ] Trust Account Balance   [ ] Laundry

Explain reason for Request or Grievance: _in extreme pein have fell a few times, back hurting real bad can not hardly walk can I please get a wheelchair fr it make it to court and I been begging to see a doctor for days and still haven't + desperltly need medical care_

Inmates Signature: _Daniel Franklin_   Date: 6-19-18

Staff Response: _SEEN BY NURSE 6-19-18, SHOWER CHAIR AND WALKER PROVIDED_

Staff Officer Signature: _Capt. Y. Sol_   Date: 6-20-18

Plaintiffs exhibit 2

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS                    INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____   Cell: _____

**** INSTRUCTIONS ****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[  ]  ADMINISTRATION:
     [ ] Complaint about Treatment
     [ ] Disciplinary Board Appeal          [ ] Request Special Visit   [ ] Other_____
                                            [ ] Medical Co-Payment Grievance

[  ]  CLASSIFICATION SECTION:
     [ ] Request Trustee Status
     [ ] Request Reclassification           [ ] Complaints Regarding Other Inmates
                                            [ ] Other:_____

[  ]  COURT LIAISON:          [ ] Request Information
     [ ] Release Date         [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition        [ ] Holds/Retainers
     [ ] Other_____

[  ]  FACILITY PROGRAMS:       [ ] Request Information
     [ ] Bible Study          [ ] Educational Classes
     [ ] Library Services     [ ] Other_____   [ ] Alcoholic Anonymous   [ ] Drug Counselling

[X]  MEDICAL SECTION:    [ ] Request Information
     [ ] Sickness  [X] Injury    [ ] Medication   [ ] Dental Concern   [ ] Depression
     [ ] Other_____

[  ]  OTHER CONCERNS:   [ ] Request Information
     [ ] Personal Property    [ ] Commissary
     [ ] Shift Supervisor     [ ] Other_____   [ ] Trust Account Balance   [ ] Laundry

Explain reason for Request or Grievance: I fell this morning and
my back was already in serious pain from other
fall down here now I fell and busted my head
real bad and back again I'm dizzy and in
serious pain. 

Inmates Signature: _____                       Date: 6-25-18

Staff Response: On call doctor notified, ice and tylenol provided
place on medical observation, placed on nurse/doctor sick
call line.

Staff Officer Signature: _____

Date: 6-25-18

*Plaintiff Kevin Knoll,* *Plaintiff's Exhibit* → **#13** *(Response on back)* *Turn over →*

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Daniel Franklin_     Cellblock: _____     Cell: _____

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] **ADMINISTRATION:**
  [X] Complaint about Treatment     [ ] Request Special Visit     [ ] Other _____
  [ ] Disciplinary Board Appeal     [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
  [ ] Request Trustee Status
  [ ] Request Reclassification     [ ] Complaints Regarding Other Inmates
                                   [ ] Other: _____

[ ] **COURT LIAISON:**     [ ] Request Information
  [ ] Release Date     [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
  [ ] Other _____

[ ] **FACILITY PROGRAMS:**     [ ] Request Information
  [ ] Bible Study     [ ] Educational Classes     [ ] Alcoholic Anonymous     [ ] Drug Counselling
  [ ] Library Services     [ ] Other _____

[X] **MEDICAL SECTION:**     [ ] Request Information
  [ ] Sickness     [X] Injury     [ ] Medication     [ ] Dental Concern     [ ] Depression
  [ ] Other _Head, neck, back/spine injury and Dr. didnt examine_
  _at all just ask me my name and how I felt._

[ ] **OTHER CONCERNS:**     [ ] Request Information
  [ ] Personal Property     [ ] Commissary     [ ] Trust Account Balance     [ ] Laundry
  [ ] Shift Supervisor     [ ] Other _____

Explain reason for Request or Grievance: _I have parkinsons disease, A brain Tumor. WPW_
_heart disease, serious seizure disorder, a fractured back which has been_
→ _more injured from a fall here and was scheduled for surgurys and_
_and head injury_
_reciving treatment for all of the above and this Doctor has done_
_absolutely nothing even after knowing I am in extreme pain, having_
_seizures, chest pains, heart racing and after me telling him_
Inmates Signature: _this all he does is say you have some serious problems_     Date: _____
Staff Response: _you will have to see if you family can get you out, He has not_
_ordered any X-rays, MRIs, EKG's, EKGS tests, Physical threaphy or anything_
_a competent Doctor would order. I am in extreme_
Staff Officer Signature: _pain and suffering._     Date: _____

_The only thing this Doctor here has done for me is have_
_the officer put a pulse meter on my finger and check my pulse_
_and oxygen, Thats it and ask me my name and how I felt_
_did no physical exam of my head, back, neck. Nothing, it after_

I AM AWARE OF YOUR MEDICAL CONDITION AND IT IS UP TO THE MEDICAL PROFESSIONALS TO HANDLE YOUR TREATMENT. THE NURSE WILL BE ADVISED AND I'LL SCHEDULE YOU TO BE SEEN AS SOON AS POSSIBLE.



Plaintiff Exhibit → 4



# HSHS Medical Group

Neuroscience Center Springfield

Jigar P Mankad MD

421 N 9th St,

Springfield, IL, 62702

(217) 757-6868


Daniel Franklin
505 North Daniels
Springfield, IL  62702


This is a friendly reminder to let you know that you have an appointment with Jigar P Mankad MD at Neuroscience Center Springfield scheduled for **06/21/2018** at **09:00 am.**

**If unable to keep this appointment, kindly give 24-hours notice.**

Sincerely,

Neuroscience Center Springfield

Plaint.
Exhibit
5 #5

**SIU MEDICINE**

Giselle Baquero, MD · Youssef Chami, MD · Abdul Moiz Hafiz, MD
Michael Kim, MD · Mohamed Labedi, MD · Abhishek Kulkarni, MD
Momin Siddique, MD · Kathy Stark, AGPCNP-BC

*Internal Medicine · Division of Cardiology*
Southern Illinois University School of Medicine
747 N Rutledge – 5th Floor · PO Box 19648
Springfield, IL 62794-9648

**APPOINTMENTS** 217.545.8000
**FAX** 217.545.7887
www.siumed.edu

Patient Appointments: 217 | 545-8000   Fax number: 217 | 545-7877

APPOINTMENT ON: 6/27/18

TIME: 3:00 pm

747 N RUTLEDGE · 5TH FLOOR
SPRINGFIELD, IL 62794-9648





DEFENDANT'S
EXHIBIT
C

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: **Daniel Franklin**          Cellblock: _____  Cell: _____

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*For to get help
Need door to
connecting cell open
Also Cntd I have
wheelchair in here*

[X] **ADMINISTRATION:**
  [ ] Complaint about Treatment
  [ ] Disciplinary Board Appeal
               [ ] Request Special Visit
               [ ] Medical Co-Payment Grievance
              [ ] Other *Also can you
please let me call
S.S.I today and
my public defender*

[ ] **CLASSIFICATION SECTION:**
  [ ] Request Trustee Status
  [ ] Request Reclassification
               [ ] Complaints Regarding Other Inmates
               [ ] Other:

[ ] **COURT LIAISON:**  [ ] Request Information
  [ ] Release Date  [ ] Bond Amount  [ ] Trial Date Set  [ ] Extradition  [ ] Holds/Retainers
  [ ] Other

[ ] **FACILITY PROGRAMS:**  [ ] Request Information
  [ ] Bible Study  [ ] Educational Classes  [ ] Alcoholic Anonymous  [ ] Drug Counselling
  [ ] Library Services  [ ] Other

[ ] **MEDICAL SECTION:**  [ ] Request Information
  [ ] Sickness  [ ] Injury  [ ] Medication
  [ ] Other    [ ] Dental Concern  [ ] Depression

[ ] **OTHER CONCERNS:**  [ ] Request Information
  [ ] Personal Property  [ ] Commissary
  [ ] Shift Supervisor  [ ] Other    [ ] Trust Account Balance  [ ] Laundry

Explain reason for Request or Grievance: *Sometimes I can not get up
its getting worse I'm getting more stiff from
Parkinsons disease and my back is in so much pain
sometimes I couldn't get up to pee and urinated and have
to lay in it. I need help. Can you please help me*

Inmates Signature: _____  Date: _____

Staff Response: *Door that goes to the next cell the guys
over there said they will help me. please, there
is a door that connects these 2 cells together. They will
help me. Thank you*

Staff Officer Signature: *Danl Fran* _____  Date: **7-8-18**

*REQUEST DENIED FOR ACCESS INTO NORTH BAY 3. YOU WILL BE
PROVIDED ABSORBENT UNDERWEAR. PLEASE FILL OUT A SICK CALL
REQUEST FOR MEDICAL NEEDS, WHEELCHAIR PROVIDED.*
                        *7/13/18*

*Captain Richey #7* ← PLAINTIFF'S Exhibit

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Daniel Franklin_          Cellblock: _____

**\* \* \* \*INSTRUCTIONS\* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] **ADMINISTRATION:**
  [ ] Complaint about Treatment
  [ ] Disciplinary Board Appeal     [ ] Request Special Visit    [ ] Other _____
                                        [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
  [ ] Request Trustee Status
  [ ] Request Reclassification     [ ] Complaints Regarding Other Inmates
                                  [ ] Other: _____

[ ] **COURT LIAISON:**    [ ] Request Information
  [ ] Release Date     [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
  [ ] Other

[ ] **FACILITY PROGRAMS:**    [ ] Request Information
  [ ] Bible Study    [ ] Educational Classes
  [ ] Library Services    [ ] Other    [ ] Alcoholic Anonymous    [ ] Drug Counselling

[ ] **MEDICAL SECTION:**    [ ] Request Information
  [ ] Sickness    [ ] Injury    [ ] Medication
  [ ] Other                     [ ] Dental Concern    [ ] Depression

[ ] **OTHER CONCERNS:**    [ ] Request Information
  [ ] Personal Property    [ ] Commissary
  [ ] Shift Supervisor    [ ] Other    [ ] Trust Account Balance    [ ] Laundry

Explain reason for Request or Grievance: _Sometimes I Can not get up_
_I get real stiff from parkinsons disease and_
_my back is in severe pain it getting worse_
_yesterday I couldn't get up to pee and urinated on_
_myself and had to lay in it can I please have wheelchair_
Inmates Signature: _in my cell_          Date: _7-9-18_

Staff Response: _ABSORBENT UNDERWEAR WILL BE ISSUED AS WELL AS WHEELCHAIR_
_AS WELL AS CLEANING SUPPLIES AT YOUR REQUEST._

Staff Officer Signature: _____          Date: _7/3/18_

COUNTY OF MONTGOMERY.
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

#8 & PLAINTIFF'S EXHIBIT

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____          Date 8-29-18

****INSTRUCTIONS****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
   [ ] Complaint about Treatment        [ ] Request Special Visit       [ ] Other_____
   [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
   [ ] Request Trustee Status           [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification         [ ] Other:_____

[ ] COURT LIAISON:      [ ] Request Information
   [ ] Release Date     [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
   [ ] Other_____

[ ] FACILITY PROGRAMS:      [ ] Request Information
   [ ] Bible Study          [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
   [ ] Library Services     [ ] Other_____

[X] MEDICAL SECTION:   [ ] Request Information
   [X] Sickness  [X] Injury  [X] Medication   [ ] Dental Concern  [X] Depression
   [ ] Other_____

[ ] OTHER CONCERNS:   [ ] Request Information
   [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance   [ ] Laundry
   [ ] Shift Supervisor     [ ] Other_____

Explain reason for Request or Grievance: _I really am in serious pain, injured, suffering
not being provided the proper treatment for my illness and its causing
continued pain and suffering that could be avoided if given the right medication
and treatments. i have no one to turn to, cannot get the (circuit court) judge, this jail,
the or my attorney to take action to save me from the pain, suffering_

Inmates Signature: _injury, and disabilities and I'm suffering as a_ Date: _result of not
Staff Response: being provided the proper medication or treatment for my
serious illnesses. I am indigent and have repeatedly tried to get
copys, envelopes to write the Federal court for help to file a emergency
injunction to save my health and possibly life. Ms. Mattson wont (and prevent farther avoidable pain)_

Staff Officer Signature: _Communicate with me in person, by_ Date: _phone or mail
to tell me anything or the status on she or she has made arrangements
for the scrambler. I'm afraid she might not get it done and
I'll be left here to sit and suffer, condition getting worse and may
have a heart attack or stroke and die. It may not seem like_

JAIL POLICIES AND PROCEDURES 7 OF 6

1

*CAPTAIN KRISLEY* # 3 *(PLAINTIFFS EXHIBIT)*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS                    INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin        Cellblock: _____        Cell: G-3118

* * * * INSTRUCTIONS * * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[ ]  ADMINISTRATION:
     [ ] Complaint about Treatment     [ ] Request Special Visit     [ ] Other _____
     [ ] Disciplinary Board Appeal     [ ] Medical Co-Payment Grievance

[ ]  CLASSIFICATION SECTION:
     [ ] Request Trustee Status        [ ] Complaints Regarding Other Inmates
     [ ] Request Reclassification      [ ] Other: _____

[ ]  COURT LIAISON:          [ ] Request Information
     [ ] Release Date        [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
     [ ] Other _____

[ ]  FACILITY PROGRAMS:      [ ] Request Information
     [ ] Bible Study         [ ] Educational Classes     [ ] Alcoholic Anonymous     [ ] Drug Counselling
     [ ] Library Services    [ ] Other _____

[ ]  MEDICAL SECTION:        [ ] Request Information
     [ ] Sickness  [ ] Injury  [ ] Medication     [ ] Dental Concern     [ ] Depression
     [ ] Other _____

[ ]  OTHER CONCERNS:         [ ] Request Information
     [ ] Personal Property   [ ] Commissary     [ ] Trust Account Balance     [ ] Laundry
     [ ] Shift Supervisor    [ ] Other _____

Explain reason for Request or Grievance: I put in Sick Call Slips Since the 23rd and its the 30th still N/O Doctor or nurse she was here yesterday did not call me I got a fractured elbow from seizure

Inmate Signature: and just been left here to Suffer
Staff Response: in severe pain. This is crazy got a lot of other serious medical issues I know I seen doctor on 22nd

Staff Officer Signature: But I need medical care and flat out being denied it. Please respond and send me a copy of response Thank you    8-31-18 x Daniel Franklin

Scheduled to see doctor on 8-31-18. *Page 1 of 6 A.H.18*

Capt. Ratley *Plaintiffs Exhibit*
# 10

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin                    Cellblock: _____    Date: 8-31-18

**\* \* \* \* INSTRUCTIONS \* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
  [ ] Complaint about Treatment
  [ ] Disciplinary Board Appeal
  [ ] Request Special Visit
  [ ] Medical Co-Payment Grievance
  [ ] Other

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status
  [ ] Request Reclassification
  [ ] Complaints Regarding Other Inmates
  [ ] Other: _____

[ ] COURT LIAISON:    [ ] Request Information
  [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
  [ ] Other

[ ] FACILITY PROGRAMS:    [ ] Request Information
  [ ] Bible Study    [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
  [ ] Library Services    [ ] Other

[X] MEDICAL SECTION:    [ ] Request Information
  [ ] Sickness    [ ] Injury    [ ] Medication    [ ] Dental Concern    [ ] Depression
  [ ] Other Sick call or verbal request are not working

[ ] OTHER CONCERNS:    [ ] Request Information
  [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance    [ ] Laundry
  [ ] Shift Supervisor    [ ] Other

Since 8-23-18 Thurs- I'm injured hurting bad been putting in sick call slips and asking for medical care that is urgently needed and nurse been here and didn't see me or doctor did not

Explain reason for Request or Grievance: It has been 9 days I been begging for medical care have not been assessed treated, seen, Nothing. What am I suppose to do or who do I complain to where I been constantly medically neglected and ms. Mattson won't even do anything

Inmates Signature: or communicate with me

Staff Response: Know I'm trapped injured and suffering and nobody's listening what AM I suppose to pay?

Date: let the judge

Staff Officer Signature: Please Respond                    Date: 8-31-18

SCHEDULED TO SEE DOCTOR ON 8-31-18. FOLLOW UP - OUR RECORDS INDICATE YOU WAS SEEN BY DOCTOR THE EVENING OF 8-31-18

9-4-18

*Capt. Krisley # 110*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS                    INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: **Darrel Franklin**          Cellblock: _____   Date: **8-24-18**

**INSTRUCTIONS**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
  [ ] Complaint about Treatment        [ ] Request Special Visit      [ ] Other
  [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status           [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification         [ ] Other: _____

[ ] COURT LIAISON:
  [ ] Release Date      [ ] Request Information
  [ ] Other _____   [ ] Bond Amount    [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers

[ ] FACILITY PROGRAMS:      [ ] Request Information
  [ ] Bible Study        [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
  [ ] Library Services   [ ] Other _____

[ ] MEDICAL SECTION:      [ ] Request Information
  [ ] Sickness  [ ] Injury   [ ] Medication   [ ] Dental Concern   [ ] Depression
  [ ] Other _____

[ ] OTHER CONCERNS:   [ ] Request Information
  [ ] Personal Property   [ ] Commissary   [ ] Trust Account Balance   [ ] Laundry
  [ ] Shift Supervisor    [ ] Other _____

*Captain Krisley please, please forgive me I promised I wouldn't bug you but I'm truely in bad shape, I won't send no more and I've tried everything to talk to Ms. Mattson I feel so bad if she could come and let me know what is happening it would help*

Explain reason for Request or Grievance: *Capt. I've been ~~hurting~~ hurting, suffering and now having severe anxiety and panic attacks, so stressed out I'm on the verge of a heart attack, stroke or ~~a~~ nervous breakdown, and not being able to see or talk to Ms. Mattson is making things 10 times worse. Can you please let me know if you contacted her and #1 What*

Inmates Signature: *She said? and # 2, did she say she would come talk*

Staff Response: *to me? If so #3, when? this is torture, ~~the~~ please let me know this morning    Thank you Drl Frk*

Staff Officer Signature: _____   Date: _____

*You was seen by Doctor on 8-22-18, please address your health concerns using a sick call request. Your next court date is 8-24-18.  [signature] 8-24-18*

(Response on back)
Turn over →          #13 "Exhibit"          PLAINTIFF'S

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____          **9-27-18**

**• • • •INSTRUCTIONS• • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] **ADMINISTRATION:**
   [X] Complaint about Treatment    [ ] Request Special Visit  [ ] Other _____
   [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
   [ ] Request Trustee Status    [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification    [ ] Other: _____

[X] **COURT LIAISON:**  [X] Request Information
   [ ] Release Date  [ ] Bond Amount  [ ] Trial Date Set  [ ] Extradition  [ ] Holds/Retainers
   [ ] Other _Need court liaison to try to help me get information from
Public defender ms. mattson_

[ ] **FACILITY PROGRAMS:**  [ ] Request Information
   [ ] Bible Study  [ ] Educational Classes  [ ] Alcoholic Anonymous  [ ] Drug Counselling
   [ ] Library Services  [ ] Other _____

[ ] **MEDICAL SECTION:**  [ ] Request Information
   [ ] Sickness  [ ] Injury  [ ] Medication  [ ] Dental Concern  [ ] Depression
   [ ] Other _____

[ ] **OTHER CONCERNS:**  [ ] Request Information
   [ ] Personal Property  [ ] Commissary  [ ] Trust Account Balance  [ ] Laundry
   [ ] Shift Supervisor  [ ] Other _____

Explain reason for Request or Grievance: _Just immediately before I came in here my
doctor and cardiologist was preparing me for heart surgury and ordered
that my heartrate and blood pressure be monitored several times a day by
a healthcare proffessional cause I was at high risk of a heart attack or
stroke. Ms. mattson did not let the court know this and my mind was racing
and I forgot to say all things but I have medical proof of this right now_

Inmates Signature: _____    Date: _____

Staff Response: _There are a lot of other things also that I did not let the
judge know about my health issues and how the lack of
treatment was seriously affecting and harming me and allowing me to suffer.
I looked at my medical record but don't got the money to get copys
those along with what I have will 100% show that to continue
to house me here is going to result in more injury, more pain_

Staff Officer Signature: _and more suffering which could be_ Date: _avoided if
I could get the proper treatment and medication. on the 6th
at court if ms. mattson's unable to have scrambler set-up, I want
to present to the judge the true fact of the harm and danger I
am in here, I've tried everything I could to get ms. mattson_

Cont. on back →

To give me copys of the medical record that medical gave her and she always says she will but hasn't. Can the court liasion talk to her and let her know its really important I have those copys of everything the medical dept. here gave her Just in Case the Scrambier i's not set up. I need those copys to protect my health, Life and to prevent more injury and suffering. Please respond and give me a copy of this and your response Please-(please copy both sides).

4-27-18      Daniel Franklin

Staff Response: please help me court liasian I've tried everything mabey if you ask her she will and tell her I said thanks for doing it if she dues and see if she will come see me I can't call and she has never answered my letters. I really need to talk to her to please don't say anything to make her mad at me.

Staff response: YOUR ATTORNEY HAS BEEN INFORMED OF YOUR CIRCUMSTANCES.

Capt/821  8-28-18

# 13   PLAINTIFFS
Exhibit

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin                     Cellblock: _____     Date: 8-29-18

**\* \* \* \*INSTRUCTIONS\* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
  [ ] Complaint about Treatment        [ ] Request Special Visit      [ ] Other _____
  [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status
  [ ] Request Reclassification         [ ] Complaints Regarding Other Inmates
                                       [ ] Other: _____

[X] COURT LIAISON:              [ ] Request Information
  [ ] Release Date   [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
  [ ] Other _____

[ ] FACILITY PROGRAMS:          [ ] Request Information
  [ ] Bible Study       [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
  [ ] Library Services  [ ] Other _____

[ ] MEDICAL SECTION:            [ ] Request Information
  [ ] Sickness   [ ] Injury   [ ] Medication   [ ] Dental Concern   [ ] Depression
  [ ] Other _____

[ ] OTHER CONCERNS:             [ ] Request Information
  [ ] Personal Property   [ ] Commissary   [ ] Trust Account Balance   [ ] Laundry
  [ ] Shift Supervisor    [ ] Other _____

Explain reason for Request or Grievance: I've been trying everything to get
ms. mattson to take my call or come see me, she won't
I've ask you or whoever is the court liaison to try
to get her to see me, have you or court liaison let
her know I have something very urgent to talk to her
about ? Please Respond                     Date: 8-29-18
Inmates Signature: _____
Staff Response: and #2, can I please, please make that
call to Guardianship and Advocacy today-X ____ Frank

Staff Officer Signature: _____     Date: _____

Your Attorney HAS BEEN INFORMED & YOUR CALL WAS GRANTED ON
8-24-18. You HAVE PHONE PRIVILEGE IN YOUR CELL, PLEASE
CONTACT FAMILY OF FRIENDS.
                                            CAPT/LOY 8-30-18

CAPT. KILSEY
#14 PLAINTIFFS
Exhibit

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: __Daniel Franklin__     Cellblock: _____     Cell: __8-31-18__

****INSTRUCTIONS****  IC ms. mattsin come today
can you talk to her or call her try
1. Print All Information        your best to convince her to
2. Provide as much Information as possible    see me PLEASE
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

                                    Please can you
[X] ADMINISTRATION:                                Also see me Just
    [ ] Complaint about Treatment    [ ] Request Special Visit  [ ] Other  for a few minutes
    [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance    I won't take up
                                                        your time I
[ ] CLASSIFICATION:                                know your
    [ ] Request Trustee Status       [ ] Complaints Regarding Other Inmates   busy
    [ ] Request Reclassification     [ ] Other:_____                Thank you

[X] COURT LIAISON:      [ ] Request Information
    [ ] Release Date    [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition    [ ] Holds/Retainers
    [ ] Other  need to see Judge Roberts as soon as urgently and get document
              to him

[ ] FACILITY PROGRAMS:       [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes   [ ] Alcoholic Anonymous    [ ] Drug Counselling
    [ ] Library Services   [ ] Other_____

[ ] MEDICAL SECTION:   [ ] Request Information
    [ ] Sickness  [ ] Injury   [ ] Medication   [ ] Dental Concern  [ ] Depression
    [ ] Other_____

[ ] OTHER CONCERNS:   [ ] Request Information
    [ ] Personal Property      [ ] Commissary   [ ] Trust Account Balance   [ ] Laundry
    [ ] Shift Supervisor       [ ] Other_____

Explain reason for Request or Grievance: Ms. Mattsin won't see me no matter
how hard I try. I wrote and even had the officer tell
her this is urgent a emergency and she still won't is
there anyway you can get me before Judge Roberts
or give him some documents. this is truly very urgent

Inmates Signature: Daniel Fran Please Respond          Date: 9-31-18

Staff Response: THE PUBLIC DEFENDER REPRESENTING YOU HAS BEEN NOTIFIED.

Staff Officer Signature: _____          Date: 9-4-18

Candkristen

# 15 Exhibit

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____          Date: 9-3-18

**\* \* \* \*INSTRUCTIONS\* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

need court liaison to take emergency motion to Judge and ask for to see him today.

[X] ADMINISTRATION:
   [ ] Complaint about Treatment          [ ] Request Special Visit          [ ] Other
   [ ] Disciplinary Board Appeal          [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
   [ ] Request Trustee Status          [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification          [ ] Other: _____

[X] COURT LIAISON: ←     [ ] Request Information
   [ ] Release Date     [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
   [ ] Other  a Urgently need to be taken before Judge Roberts

[ ] FACILITY PROGRAMS:     [ ] Request Information
   [ ] Bible Study     [ ] Educational Classes     [ ] Alcoholic Anonymous     [ ] Drug Counselling
   [ ] Library Services     [ ] Other _____

[X] MEDICAL SECTION:     [ ] Request Information
   [X] Sickness  [X] Injury  [X] Medication     [ ] Dental Concern     [ ] Depression
   [ ] Other  I have been so cranky and cursed when it comes to health issue now
   because of cataracks and I think my head shaking more. I'm losing my eye sight

[ ] OTHER CONCERNS:     [ ] Request Information  and Dr. Shah wont do anything even for a fractured
   [ ] Personal Property     [ ] Commissary     [ ] Trust Account Balance     [ ] Laundry  back
   [ ] Shift Supervisor     [ ] Other _____

Explain reason for Request or Grievance:  I have a emergency medical issue
I need to discuss with Judge Roberts and also to
discuss about my attorney, she will not take any of my calls
wont respond to any request for information, wont come
see me. I urgently needed to see her, before my
bond hearing and after but she wont even
after trying to get you to convince her I been
having some serious medical problems. these officers or this
video camera can not see the pain and agony i'm in, can not
see my internal organs, can not see my chest pains and abnormal
heart beats and Dr. Shah as been flat out
negligent in treating me. There are many issues Ms.
mattson did not let the Judge know. I beg of you
come get this Emergency motion and take
it to the Judge please and
please respond
take me too

Inmate Signature: _____     Date: _____

Staff Response: _____

Staff Officer Signature: _____     Date: _____

CAPT. RODUM, SHER

# COUNTY OF MONTGOMERY
# DEPARTMENT OF THE SHERIFF
# DIVISION OF CORRECTIONS

PLAINTIFF'S
#16 Exhibit

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin     Cellblock: _____     Call: 9-3-18

* * * * INSTRUCTIONS * * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

Please, please call mattson and ask her if she got the scrambler home detention set up

[X] ADMINISTRATION: ms. mattson came thurs. and refused to see me even after I sent note it was an emergency
  [ ] Complaint about Treatment     [ ] Request Special Visit     [ ] Other _____
  [ ] Disciplinary Board Appeal     [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status     [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification     [ ] Other: _____

[X] COURT LIAISON:     [X] Request Information
  [ ] Release Date     [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
  [ ] Other Has/has ms. mattson arranged scramble E.D. or is she even trying?

[ ] FACILITY PROGRAMS:     [ ] Request Information
  [ ] Bible Study     [ ] Educational Classes     [ ] Alcoholic Anonymous     [ ] Drug Counselling
  [ ] Library Services     [ ] Other _____

[X] MEDICAL SECTION:     [ ] Request Information
  [ ] Sickness     [ ] Injury     [ ] Medication     [ ] Dental Concern     [X] Depression
  [ ] Other ms. mattson's refusal to communicate with me or answer any mail has got me on the verge of a nervous breakdown, making me have

[ ] OTHER CONCERNS:     [ ] Request Information   seizures, even hurt my elbow bad,
  [ ] Personal Property     [ ] Commissary     [ ] Trust Account Balance     [ ] Laundry
  [ ] Shift Supervisor     [ ] Other _____

Explain reason for Request or Grievance: ms. mattson will not respond to me in any kind of way or see me. This anxiety is literally killing me, too on it's triggering seizures, I'm on the verge of total mental breakdown and having a heart attack or stroke from the stress. Can you please call her and ask her what is the

Inmates Signature: status of her getting a scrambler     Date: home-detention

Staff Response: set-up between montgomery and sangamon county. PLEASE this would relieve a lot of the stress and anxiety. Not knowing anything is truely affecting my health. I was stressing about her not telling me or communicating with me and started vomiting

Staff Officer Signature: and had a seizure thursday hurt myself when she always     Date: _____
refuses to talk to me or see me. I truely may have a stroke, please ask her that one question and let me know as soon as you find out. Response:

respond please and send it back please

JAIL POLICIES AND PROCEDURES 7 OF 6

THE PUBLIC DEFENDER REPRESENTING YOU HAS BEEN NOTIFIED AND IS AWARE OF YOUR CIRCUMSTANCES, AS WELL AS MEDICAL STAFF NURSES

Capt. Knisley

#17  PLAINTIFF'S
⊳EXHIBIT

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Darrel Franklin          Cellblock: _____      Cell: G-13-18

* * * *INSTRUCTIONS* * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X]  ADMINISTRATION:
     [ ] Complaint about Treatment        [ ] Request Special Visit    [ ] Other_____
     [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ]  CLASSIFICATION SECTION:
     [ ] Request Trustee Status           [ ] Complaints Regarding Other Inmates
     [ ] Request Reclassification         [ ] Other:_____

[X]  COURT LIAISON:        [ ] Request Information
     [ ] Release Date      [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition      [ ] Holds/Retainers
     [ ] Other Can you please personally give this green envelope to
     Mrs mattson and give response that you did

[ ]  FACILITY PROGRAMS:        [ ] Request Information
     [ ] Bible Study      [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
     [ ] Library Services  [ ] Other_____

[ ]  MEDICAL SECTION:   [ ] Request Information
     [ ] Sickness  [ ] Injury    [ ] Medication    [ ] Dental Concern   [ ] Depression
     [ ] Other_____

[ ]  OTHER CONCERNS:   [ ] Request Information
     [ ] Personal Property       [ ] Commissary      [ ] Trust Account Balance   [ ] Laundry
     [ ] Shift Supervisor        [ ] Other_____

Explain reason for Request or Grievance: I have wrote ms. mattson countless
times making reasonable and polite request for information
She has never responded not 1 single time. I made 4 request
1. copys of this medical dept records she got from here 2. do I get 35.00
a day credit towards bond. 3. has she got scrambler monitor arranged

Inmates Signature: 4. Am I eligible for drug court      Date: _____

Staff Response: and asking for a written response. I would
like a response from court liason showing she got it
and when thank you      REQUEST SENT

Staff Officer Signature: Capt/829          Date: 9.14.18

Response.

7/13/6

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

*See me today.* #18 Plaintiff's Exhibit

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____     Date 8-17-18

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Also I been charged by medical when they shouldn't have. I would like to tell you why*

[X] ADMINISTRATION:
  [ ] Complaint about Treatment
  [ ] Disciplinary Board Appeal
  [ ] Request Special Visit     [ ] Other
  [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status
  [ ] Request Reclassification
  [ ] Complaints Regarding Other Inmates
  [ ] Other: _____

[ ] COURT LIAISON:      [ ] Request Information
  [ ] Release Date      [ ] Bond Amount    [ ] Trial Date Set     [ ] Extradition        [ ] Holds/Retainers
  [ ] Other

[ ] FACILITY PROGRAMS:     [ ] Request Information
  [ ] Bible Study      [ ] Educational Classes
  [ ] Library Services    [ ] Other _____     [ ] Alcoholic Anonymous     [ ] Drug Counselling

[X] MEDICAL SECTION:   [ ] Request Information
  [X] Sickness  [X] Injury    [X] Medication    [ ] Dental Concern   [ ] Depression
  [ ] Other _____

[ ] OTHER CONCERNS:   [ ] Request Information
  [ ] Personal Property     [ ] Commissary    [ ] Trust Account Balance    [ ] Laundry
  [ ] Shift Supervisor      [ ] Other _____

Explain reason for Request or Grievance: I have been denied making legal copys of "New" information I wanted to send to her and then ever. So I can't send anything to her also besides being denied legal copys, I'm indigent and the jail will not provide me

Inmates Signature: stamped envelopes to may send to my other attorney.                Date:

Staff Response: or to send to the Federal court about our Shah here not giving me the right medical treatment county jails are required to make legal copys, supply & stamped envelopes etc... by law & I can give you the

Staff Officer Signature: statues and case law that          Date: show this and
you can c                                                     8-17-18

MR FRANKLIN HAS BEEN INFORMED OF POLICY & PROCEDURES.
THE ABOVE COMPLAINT HAS BEEN RESOLVED BY VERBAL
AGREEMENT. CPT# 1829 8-17-18

JAIL POLICIES AND PROCEDURES 7 OF 6

*Captain Phisley*  *# 19*  *k PLAintiff's Exhibit*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin           Cellblock: _____        Date 9-1-18

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Need medical care as soon as possible*

[X] **ADMINISTRATION:**
 [ ] Complaint about Treatment      [ ] Request Special Visit    [ ] Other *not Dr. Shah.*
 [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
 [ ] Request Trustee Status
 [ ] Request Reclassification       [ ] Complaints Regarding Other Inmates
                                    [ ] Other: _____

[ ] **COURT LIAISON:**     [ ] Request Information
 [ ] Release Date    [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition    [ ] Holds/Retainers
 [ ] Other _____

[ ] **FACILITY PROGRAMS:**    [ ] Request Information
 [ ] Bible Study    [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
 [ ] Library Services   [ ] Other _____

[X] **MEDICAL SECTION:**   [ ] Request Information
 [X] Sickness  [X] Injury  [ ] Medication   [X] Dental Concern   [X] Depression
 [ ] Other *I'm sick, injured, not getting right medication etc. Dr. Shah refuses to treat anythi-*

[ ] **OTHER CONCERNS:**    [ ] Request Information
 [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance   [ ] Laundry
 [ ] Shift Supervisor    [ ] Other _____

Explain reason for Request or Grievance: *I been having some serious medical problems and was trying to explain all them to Dr. Shah, having abnormal heartbeats, chest pains, dangerously high blood pressures, fractured back in bad pain, whole body stiff and in extreme pain, I had a several seizures in the last couple weeks and think my elbow has a broken bone in it*

Inmate Signature: *Dr. Shah would not look at ANYTHING*  Date: *just told me officer*

Staff Response: *to put that little pulse thing on my finger and said get him or out of here. I was still pleading as McCoy rolled me out. Dr. Shah has been neglecting my medical issues for months, I even fell here and seriously re-injured my back and in severe pain and*

Staff Officer Signature: *Dr. Shah said "get it fixed when* Date: *you get out".*
*That is insane for a doctor to do that! I need emergency medical help PLEASE! I have undisputable proof Dr. Shah is neglecting me and Ms. Mattson didn't let the judge know and when I talked I could say it right and Dr. Shahs report of a month ago the court had saying I was stable was a flat out lie!!!*

CONT. on BACK page

Can you please verify that I am on medical log and get me emergency medical care and come See me so I can show you please- don't Say it's on medical again. I'm suffering and Seriously in pain and danger. Please Come see me and get me medical care Please! immediately please I'm on verge of a heart attack or stroke for real. I know my body! I need help! I'm about to be released and I want to make it out of here alive not in a body ~~bag~~ bag mccoy will tell you he refused to treat me and said "get back fixed when you get out" Please respond and let me know.

9-1-18          David Fenn

Staff response;

A NEW MEDICAL COMPANY ACH STARTS 9-1-18
AND WILL ASSIST YOU WITH YOUR MEDICAL
NEEDS.

Capt. [signature] 829
9-4-18

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

Exhibit → # 20

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin          Cellblock: _____          Call: 8-17-18

****INSTRUCTIONS****   Can you please send all
the request responses
I dont remember what I
1. Print All Information         sent
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

Please let me know
it will take some of
the stress off me if
I know it wont be
too much longer
before Doctor
comes

[X] **ADMINISTRATION:**
  [ ] Complaint about Treatment          [ ] Request Special Visit          [ ] Other ____
  [ ] Disciplinary Board Appeal          [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
  [ ] Request Trustee Status          [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification          [ ] Other: ____

[ ] **COURT LIAISON:**          [ ] Request Information
  [ ] Release Date          [ ] Bond Amount          [ ] Trial Date Set          [ ] Extradition          [ ] Holds/Retainers
  [ ] Other

[ ] **FACILITY PROGRAMS:**          [ ] Request Information
  [ ] Bible Study          [ ] Educational Classes          [ ] Alcoholic Anonymous          [ ] Drug Counselling
  [ ] Library Services          [ ] Other ____

[X] **MEDICAL SECTION:**          [ ] Request Information
  [X] Sickness   [X] Injury   [X] Medication   [X] Dental Concern   [ ] Depression
  [ ] Other need nitro heart medicine and been suffering with jaw injury
for over I weeks in bad pain and back still in severe pain tylanol
are not working at all

[ ] **OTHER CONCERNS:**          [ ] Request Information
  [ ] Personal Property          [ ] Commissary          [ ] Trust Account Balance          [ ] Laundry
  [ ] Shift Supervisor          [ ] Other ____

Explain reason for Request or Grievance: I have a injury, a intection and some kind
of knot or tumor on the inside of my cheek hurts real bad I been
waiting on the doctor since the 1st now tonight I think I had
a minor heart attack, seizure or something I dont know but nobody
ever comes I need nitro can you call the doctor and

Inmates Signature: let her know, I only get a week   Date: to go I want

Staff Response: to make it to the 24th, I been in bad pain for
a while I hope she comes soon can you let me know.
please respond    Pleaskpro
boy Capt. I been hurting and suffering bad real bad

Staff Officer Signature: you cant see my pain and agony    on camera
but I truely am. I dont want to plead guilty but I can't
take this no more looks like Im going to have to, to
hurry up and get the right treatment things have got real bad.

Please
Respond let me know
when she'll get here

JAIL POLICIES AND PROCEDURES 7 OF 6

REFERED TO MEDICAL
8-17-18

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

**INMATE REQUEST AND GRIEVANCE FORM**

*Exhibit*

Inmates Name: Daniel Franklin          Cellblock: _____   Cell: 9-17-18

**\* \* \* \*INSTRUCTIONS\* \* \* \***

*Can you come see me for just a couple min. (no complaining)*

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Can you or the officer make sure she sees me or gets the a letter I got with Terms of agreement that I'll do.*

*Thank you.*

[X] **ADMINISTRATION:**
[ ] Complaint about Treatment      [ ] Request Special Visit      [ ] Other _____
[ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
[ ] Request Trustee Status      [ ] Complaints Regarding Other Inmates
[ ] Request Reclassification     [ ] Other: _____

[X] **COURT LIAISON:**      [ ] Request Information
[ ] Release Date      [ ] Bond Amount      [ ] Trial Date Set      [ ] Extradition      [ ] Holds/Retainers
[X] Other _need to talk to ms. mattson and take a plea deal URGENT will do deal Today_

[ ] **FACILITY PROGRAMS:**      [ ] Request Information
[ ] Bible Study      [ ] Educational Classes      [ ] Alcoholic Anonymous      [ ] Drug Counselling
[ ] Library Services      [ ] Other _____

[ ] **MEDICAL SECTION:**      [ ] Request Information
[ ] Sickness      [ ] Injury      [ ] Medication      [ ] Dental Concern      [ ] Depression
[ ] Other _____

[ ] **OTHER CONCERNS:**      [ ] Request Information
[ ] Personal Property      [ ] Commissary      [ ] Trust Account Balance      [ ] Laundry
[ ] Shift Supervisor      [ ] Other _____

Explain reason for Request or Grievance: _I'm tired of suffering. Can you call ms. mattson and tell her I will agree to the 2 year sentence with a 60 day medical furlough ONLY. I have a Oct. 10, 2018 appointment with my cardiologist and I don't know when you guys got me going to cardiologist and neurologist but, I am going to agree to the heart_

Inmates Signature: _Surgery I was offered right before_      Date: _I came here_

Staff Response: _So this deal will save the county a whole lot of money and inconvenience. I have a letter I want the officer to give her if she comes this morning if not can you give it to her or see if she'll come over. I'll do this deal today._

Staff/Officer Signature: _Please let me know something. Will do deal Today._      Date: _____

Response: _PUBLIC DEFENDER NOTIFIED._

_[signature]   9-18-18_

*Plaintiffs Exhibit*

*My Copy #22*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

*Sent on 2*

Inmates Name: Daniel Franklin          Cellblock: _____     Date: 9-21-18 Fri.

****INSTRUCTIONS****

*I suffer dementia a neurological and mental disorder that absolutely requires psychiatric care. This nurse practinel Can du nothing to properly help me.*

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*URGENT!!!*
*Can you please respond to this Today and send me the Copy PLEASE*
*Can u please come See me?*

[ ]  ADMINISTRATION:
  [X] Complaint about Treatment      [ ] Request Special Visit      [ ] Other
  [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ]  CLASSIFICATION SECTION:
  [ ] Request Trustee Status         [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification       [ ] Other: _____

[ ]  COURT LIAISON:     [ ] Request Information
  [ ] Release Date      [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
  [ ] Other _____

[ ]  FACILITY PROGRAMS:      [ ] Request Information
  [ ] Bible Study       [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
  [ ] Library Services  [ ] Other _____

[X]  MEDICAL SECTION:    [ ] Request Information  *A "psychiatrist" is a "medical DOCTOR"*
  [ ] Sickness  [ ] Injury   [ ] Medication    [ ] Dental Concern   [ ] Depression
  [ ] Other *I've begged over and over to see a psychiatrist since I been here. It's really sot bad I need help i sick cell slips I put in they always*

[ ]  OTHER CONCERNS:   [ ] Request Information *tell me your taking Geodon thats it!*
  [ ] Personal Property     [ ] Commissary       [ ] Trust Account Balance    [ ] Laundry
  [ ] Shift Supervisor      [ ] Other *I need to see a psychiatrist*

Explain reason for Request or Grievance: *I already have a bad heart and high blood pressure, I'm under severe distress in pain, having severe anxiety attacks, hallucinating, seriously depressed, and in isolation no one to talk to, my medicine is not working. I urgently and desperatly need to see a psychiatrist. CAN I so immediately see*

Inmates Signature: *a psychiatrist? Please I'm on the*  Date: *Verge of*

Staff Response: *Complete nervous breakdown and now even when I try to talk to you Captain (Knostler) you keep walking saying "I aint got time for you" I begging For psyhiatric Care Please! the severe Stress is killing me and it's a medical fact stress can trigger*

Staff Officer Signature: *a heart attack or Stroke, I'm scared*  Date: *to death!*

Response: *and the stress is causing seizures and serious injury,*

P3
Exhibit #23



**Erin S. Mattson**
**Montgomery County**
**Public Defender**

120 N. Main St.
Hillsboro, IL 62049
phone (217) 532-9566
fax (217) 532-9567
mattson@montgomerypd.com
text to (636) 442-9366

October 4, 2018

Mr. Craig Foster, Warden
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, Illinois 62049

RE:  Daniel S. Franklin, Inmate #N1767

Dear Warden Foster:

I represent Mr. Franklin in the Montgomery County case in which he has been sentenced to the Illinois Department of Corrections.  Mr. Franklin has requested that I send this letter with him to give to you upon his admission into your custody so that you may be immediately aware of the myriad of medical issues that plague Mr. Franklin and his need for extensive medical treatment during his time in custody with you.  I have attached documents which outline Mr. Franklin's medical diagnoses from his doctors prior to his arrest and incarceration with Montgomery County as well as his medical discharge summary from the last time he was in the custody of the Illinois Department of Corrections.

Mr. Franklin and I request that Mr. Franklin be placed immediately into your medical facility upon arrival rather than in the X house or with the general population.  He insists that his physical condition has deteriorated greatly since being incarcerated in Montgomery County and, therefore, is in immediate need of the medical and rehabilitative services that the Illinois Department of Corrections can offer.  We also request a prompt transfer of Mr. Franklin to Dixon Correctional Center due to its better medical capabilities to address Mr. Franklin's numerous medical issues.

Thank you for your consideration of Mr. Franklin's medical needs.

Sincerely,

Erin S. Mattson
Montgomery County Public Defender

2ⁿᵈ PLAINTIFF'S
EXHIBIT #
24

# AUTHORIZATION FOR RELEASE OF INFORMATION

The Illinois Guardianship and Advocacy Commission is requesting disclosure of information that is necessary to accomplish statutory purposes under 20 ILCS 3955.

I authorize     Montgomery County Jail-Hillsboro, Il

to release     medical and mental health records, treatment plans, staff notes, incident reports, security reports and notes, restriction of rights, progress notes, court reports, testing, discharge planning, and MAR

about     Daniel Franklin

to     Illinois Guardianship and Advocacy Commission
4500 College Avenue, Suite 100 - Alton, IL 62002

For the purpose of     Human Rights Authority Investigation

I understand that I may revoke this consent in writing at any time and that no revocation of this authorization shall be effective to prevent disclosure of records and communications until it is received by the person/agency otherwise authorized to disclose records and communications.

I understand that the above-named person authorized to receive this information has the right to inspect and copy information to be disclosed. I further understand that if the entity receiving this information is not a healthcare provider/plan covered by HIPAA privacy regulations, the information described above may be re-disclosed and no longer protected by the HIPAA regulations (45 CFR 160; 164).

I understand that the records and communications to be disclosed may include sensitive information such as evaluations, habilitation/treatment information for mental health, developmental disabilities, alcohol or substance use/abuse, sickle cell anemia, and sexually transmitted diseases or HIV/AIDS unless specifically designated for exclusion: D.F..

It has been explained to me and I understand that my refusal to consent to this release of information will prevent information from being released and reviewed by the Illinois Guardianship and Advocacy Commission. I understand that D.F. may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization.

This authorization is valid for 12 months following the date of signature: D.F..

_____
(witness)

_____
10-4-18
(date)

_____
(signature)

_____
10-4-18
(date)

_____
If signature is not of the individual, indicate legal relationship to the individual and legal basis on which consent is given for the individual.

Standards for Privacy of Personally Identifiable Information under 45 CFR 160 and 164 state that information used or disclosed by this authorization may be subject to redisclosure by the recipient of the information. Federal Confidentiality Rules under 42 CFR 2 prohibit further disclosure of drug or alcohol information unless further disclosure is permitted by written consent of the person it pertains to or as otherwise permitted under 42 CFR 1.

Plaintiff's
Exhibit
# 26

Montgomery county, Illinois

People of the
State of Illinois                )       Case No. 18-CF-127
                                 )
        -Vs-                     )
Daniel Franklin                  )
Defendant                        )
                                 )
                                 )

## Motion to withdraw Plea

Now comes defendant daniel Franklin and respectfully request that this court allow him to withdraw his guilty plea. In support there of defendant offer's the following:

1.) Defendant's plea was made under duress of ineffective assistance of counsel.

2) Defendants plea was made under duress of Force and threats

3.) Defendants plea was made under duress of severe pain, suffering and not being provided proper & urgently needed cardiac, neurological and medical treatment and care for serious illness and injuries, and fear for health and life.

4) Defendant plea was made under duress of being subjected to cruel and Inhumane punishment and defendant could not advise the court of this when ask "how does Jail worden treat you" with the warden sitting right there in courtroom. Jail warden kept defendant housed in isolation 4 month's straight-

page 1 of 4

and could have made things worse.

5.) Defendants public defender failed to and refused to present evidence of serious medical neglect and cruel treatment to the court and at 8-24-14 bond hearing even though the evidence was clear and creditable.

6.) Defendant's attorney and Jail staff advised defendant the only way to get to proper and urgently needed medical care was to plead guilty and go to I.D.O.C.

7.) The day of and prior to 10-4-18 plea hearing defendant advised Jail guard, several people including state of Illinois Guardianship and advocacy commission co-cordinator that he was (innocent and was) only ~~conviction~~ pleading guilty to get to urgent needed medical care that he was being denied in montgomery county Jail.

8.) Immediately before Judge entered courtroom for 10-4-2018 plea hearing defendant had his public defender secretary come to the courtroom and notorize a affidavit that stated "due to the fact he was being severely medically neglected and in fear for his life and due to the fact he did not think the Judge would do anything to save him he was going to answer all questions and admonsihments to

Page 2 of 4

to make sure the Plea was accepted not because he was guilty but so that he could get the urgently needed medical care he was in dire need of and planned to use the affidavit in motion to withdraw plea and at motion to withdraw plea hearing" The affidavit also states "The sole purpose for this affidavit being stamped immediately prior to plea hearing is and was to prove his plea was involuntary at his motion to withdraw plea hearing" Defendant knew that guilty pleas are very difficult to withdraw after 401 admonishments and he took precaustionary
plea agreement.
measures to make sure he would be able to prove his plea was involantary and made under duress and for his safty and to protect his life.

10.) (was in need of heart surgury) defendant had a bad heart and was having serious chest pains on brink of massive heart attack and/or stroke and montgomery county medical contractors were not doing anything to prevent it and defendant public defender was doing nothing to alert the judge to this fact. Defendants reason for pleading guilty was to save his life.

11) Defendant was forced against his will to plea guilty just to try to get proper medical care

page 3 of 4

12.) Defendant ~~was~~ ~~forced~~ ~~against~~ ~~his~~ know
this at 10-4-18 Plea hearing for fear
of being put back in that isolation cell and
continuing to suffer with his life
at risk.

13.) Defendant was unfit without special provisions

respectfully submitted

Daniel Franklin

Daniel Franklin


For the record due to his Mental and
physical disabilities I Derek Hrabusicky and
others have helped him put this Motion and other
documents together.


Derek Hrabusicky

Derek Hrabusicky

STATE OF ILLINOIS
COUNTY of Montgomery AFFIDAVIT

I Daniel Franklin being duly sworn upon oath
State and depose that:

Although the Judge throughly admonished me
to assure Plea was voluntary it was not, I
had to answer to get to urgently needed medical
care and in fear for my life, health and safety
~~was unfit without special provisions~~
and ~~railroad~~ ~~wright~~ ~~aggravation~~ ~~abuse~~ and I did
not have effective assistance of counsel. See greivances
#20 & 21 read carefully they undisputably substantiate this as all others do
Page 4 OF 4

As can be seen from the many complaints and grievances I filed in montgomery county Jail, not one single time does Jail Warden capt. Kevin Knisley deny this medical abuse and neglect is occurring which is basically the same as admitting to or confirming the neglect, abuse and inadequate medical care and treatment. If these things were not happening any reasonalble person or Jail Warden would have replied and stated "that the complaint/ grievance had been investigated and was not true and/or unfounded and that inmate was being treated appropriately" Not one single time did Jail Warden Knisley deny that ANY complaints and grievances about medical and or (mattson) attorney were untrue because he knew they were in fact very true! When I personally pleaded with him to interview and help me he repeatedly would state " I am not a medical personel I can not do anything to help you please stop asking me or my officers" but he did pass messages on to my public defender cause he knew she would not read or respond to anything I sent her (Erin mattson) and he knew that my public defender opposed me.

STATE OF ILLINOIS )      UNITED STATES DISTRICT COURT
COUNTY OF )                 SOUTHERN DISTRICT ILLINOIS
MONTGOMERY )
                              PROOF OF SERVICE
Daniel Franklin                       **AFFIDAVIT**                CASE NO. _____
        Plaintiff
 -vs- Montgomery co. Jail &
Kevin Knisley et. al.

I, Daniel Franklin _____, deposes and says that as to the matters
herein, he/she is the defendant in the above-entitled cause; that the defendant has read the
foregoing document, by him/her signed, and the statements contained therein are true in
substance and in fact.

                                        TO: Montgomery County Jail
                                             Kevin Knisley et. al. and
                                        all defendants
                                        1900 N. Main St.
                                        Hillsboro, IL 62049

TO: CLERK OF THE COURT
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
750 MISSOURI AVENUE                     _____
East St. Louis IL 62201                 Petitioner, pro se

PLEASE TAKE NOTICE that on Oct. 25th, 2018 I Daniel
Franklin placed the below listed documents in the institutional
mail properly addressed to the partys listed above for mailing
through the U.S. postal service.

1. MOTION TO PROCEED WITHOUT PAYING COST OR FEES with
   institional Certification From I.D.O.C.

2. MOTION FOR APPOINTMENT OF COUNSEL with personal
   affidavit.

3. 42 U.S.C 1983 CIVIL RIGHTS COMPLAINT.

4. EXHIBITS (a through 26 (exhibit 25 omitted)

pursuant to 18 USC 1746, 18 USC 1621, I declare under the
penalty of perjury I am the named party in the above action,
That I have read the above documents and that the
information is true and correct to the best of my knowledge.

OFFICIAL SEAL
CHRIS CALDERINI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 01-08-2019

10-19-18                              _____
                                       DANIEL FRANKLIN

Subscribed and sworn to before me
this 19 day of October 2018.
County of Montgomery

Form revised Oct 2002

This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections

MAIL CLEARED
US MARSHALS

U.S. POSTAGE
ZIP 62049
$ 0
02 1W
0001392902

DANIEL FRANKLIN #N-17675
Graham C.C.
12078 Illinois Rte 185
Hillsboro, IL  62049

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

750 MISSOURI Avenue

East St. Louis, IL. 62201

RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

OCT 29 2018